

# SOBO & SOBO
### PERSONAL INJURY ATTORNEYS

One Dolson Avenue
Middletown, NY 10940
Voice: (855) 468-7626
Fax: (845) 343-0929

N.Y. Offices:
Bronx
Manhattan
Middletown
Monticello
Newburgh
Poughkeepsie
Spring Valley

October 19, 2020

**VIA FIRST CLASS MAIL**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: Krauss v. Rhinebeck Central School District, 7:19-cv-11029 & 7:20-cv-04207 (KMK)

Dear Hon. Judge Karas:

Please let this letter serve as a request for an adjournment of the motion practice in the above matter.

The firm that represented the Plaintiff originally in the state court proceedings and initial pleadings in these matters has recently been dissolved. While I have located to the firm Sobo & Sobo, others who worked on the Krauss matter have not. I anticipate that we will be able to coordinate the representation for Ms. Krauss among the attorneys who worked on her matter at their current firms. However, since the dissolution was only a few weeks ago, it will take some time for such coordination to take place. We would ask the Court for a sixty-day adjournment of all of the scheduled dates. (Motion submission to December 30, opposition papers to February 15, 2021, Replies by March 15).

Also, I would note that the motion scheduled contemplated submissions on both Krauss matters identified by the docket numbers above.

I have consulted with the Defendant's counsel, Mark Rushfield and he has kindly agreed to such an adjournment.

Very truly yours,

THOMAS DAVIS

TRD/keh

Granted.
So Ordered.

10/19/20

c.c.   Mark Rushfield; mrushfield@shawperlson.com

SoboLaw.com