# Sobo & Sobo
## ATTORNEYS AT LAW

MEMO ENDORSED

ONE DOLSON AVENUE
MIDDLETOWN, N.Y. 10940
PHONE: (855) 468-7626 (SOBO)
FAX: (845) 343-0929

OFFICES IN:
MIDDLETOWN, N.Y.
NEWBURGH, N.Y.
POUGHKEEPSIE, N.Y.
SPRING VALLEY, N.Y.
NEW YORK, N.Y.

April 2, 2021

Hon. Kenneth M. Karas
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Krauss, etc. o/b/o A.K. v. Rhinebeck Central School District*
*Civil Action No. 7:20-CV-04207 (KMK) & 7:19-cv-11029 (KMK)*
*Request for Adjournment*

Dear Judge Karas:

In furtherance of resolving the above matter by settlement, the Plaintiff and counsel have executed an agreement prepared by counsel for the District that will serve to settle all pending matters and forwarded same to defense counsel.

The next scheduled regular board meeting is April 27. I would ask that instead of rescheduling all motion practice, we report to the Court by April 29 the status and proceed accordingly at that time by either notifying the Court the matter is fully settled or, should there be any "snags" discussing same.

Counsel for the Defendant has kindly consented to the adjournment.

We thank the Court for its courtesies.

Very truly yours,

s/

THOMAS R. DAVIS, ESQ.
tdavis@sobolaw.com

c.c.   Mark Rushfield, Esq.
       mrushfield@shawperlson.com

Granted.

So Ordered.

/s/ KMK

4/2/21